IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00403-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     SHAWN CAEKAERT,
2.     BENJAMIN FRESQUEZ,
3.     ELEANOR FRESQUEZ,
4.     GEORGE FRESQUEZ,
**5.**     **MATTHEW FRESQUEZ**,
6.     DAVID MICHAEL ROMERO,
7.     MICHAEL TOWNSEND, and
9.     SAMUEL VIGIL,

    Defendants.

---

## ORDER SETTING DATE FOR RESPONSE TO MOTION

---

THIS MATTER comes before the Court on the Motion to Travel Out of the State (Motion) filed July 29, 2008, **(#198)** by Defendant Matthew Fresquez. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **August 4, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection the Court may grant the above-described Motion.

DATED this 30th day of July, 2008.

                                              **BY THE COURT:**

Marcia S. Krieger
United States District Judge